BRIAN M. WILLEN (*pro hac vice*)
bwillen@wsgr.com
WILSON SONSINI
 GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

*Attorneys for Defendant*
**GOOGLE LLC**

KRISTIN A. LINSLEY (CA SBN 154148)
klinsley@gibsondunn.com
JOSEPH TARTAKOVSKY (CA SBN 282223)
jtartakovsky@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendant*
**FACEBOOK, INC.**

SETH P. WAXMAN (*pro hac vice*)
seth.waxman@wilmerhale.com
PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

MARK D. FLANAGAN (CA SBN 130303)
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendant*
**TWITTER, INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| GREGORY CLAYBORN, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br>TWITTER, INC., et al.,<br><br>　　　　Defendants. | CASE NO.: 3:17-cv-06894-LB |
| HANAN MEGALLA, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br>TWITTER, INC., et al.,<br><br>　　　　Defendants. | CASE NO.: 3:18-cv-00543-LB<br><br>**STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. Laurel Beeler<br><br>Motion to Dismiss Hearing Date: December 6, 2018 at 9:30 a.m.<br>Courtroom B, 15th Floor |

Defendants Twitter, Inc., Google LLC and Facebook, Inc. respectfully submit as supplemental authority the recent ruling in *Copeland v. Twitter, Inc.*, No. 17-CV-05851, Dkt. 47 (N.D. Cal. Nov. 29, 2018) (Exhibit 1).

Dated:  November 29, 2018

Respectfully submitted,

 /s/ *Patrick J. Carome*
SETH P. WAXMAN (*pro hac vice*)
seth.waxman@wilmerhale.com
PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

MARK D. FLANAGAN (CA SBN 130303)
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Defendant*
**TWITTER, INC.**

 /s/ *Kristin A. Linsley*
KRISTIN A. LINSLEY (CA SBN 154148)
klinsley@gibsondunn.com
JOSEPH TARTAKOVSKY (CA SBN 282223)
jtartakovsky@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Telephone:  (415) 393-8200
Facsimile:  (415) 393-8306

*Attorneys for Defendant*
**FACEBOOK, INC.**

 /s/ *Brian M. Willen*
BRIAN M. WILLEN (*pro hac vice*)
bwillen@wsgr.com
WILSON SONSINI
   GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899

DAVID H. KRAMER (CA SBN 168452)
dkramer@wsgr.com
LAUREN GALLO WHITE (CA SBN 309075)
lwhite@wsgr.com
KELLY M. KNOLL (CA SBN 305579)
kknoll@wsgr.com
WILSON SONSINI
   GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100

*Attorneys for Defendant*
**GOOGLE LLC**

Case Nos.:  3:17-CV-06894-LB
3:18-CV-00543-LB

STATEMENT OF RECENT DECISION

**ATTORNEY ATTESTATION**

I, Kristin A. Linsley, am the ECF User whose ID and password are being used to file this Statement of Recent Decision.  In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By:   /s/ *Kristin A. Linsley*
        Kristin A. Linsley

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2018, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

By:   /s/ *Kristin A. Linsley*
Kristin A. Linsley